```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
KIM BELLANFANTE,                                                 :
:
                Plaintiff,                        :
:    20-CV-5669 (JPC) (RWL)
   -v-                                                        :
:    NOTICE OF
EQUIFAX INFORMATION SOLUTIONS, LLC and       :    REASSIGNMENT
RAC ACCEPTANCE EAST, LLC, *doing business as* :
ACCEPTANCE NOW,                                                  :
:
                Defendants.                       :
:
-----------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      This case has been reassigned to the undersigned.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at [https://www.nysd.uscourts.gov/hon-john-p-cronan](https://www.nysd.uscourts.gov/hon-john-p-cronan).**  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.  Any conference or oral argument before the Magistrate Judge will proceed as ordered.

      SO ORDERED.

Dated: October 19, 2020
       New York, New York
                                                   _____
                                                           JOHN P. CRONAN
                                                         United States District Judge