IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kim Bellanfante,<br><br>        Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC, et al.<br><br>        Defendants. | Case No.: 1:20-cv-05669-LTS |

## ORDER OF DISMISSAL
## WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC., ONLY

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Equifax Information Services, LLC., only, are hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate Defendant Equifax Information Services, LLC as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Date: November 30, 2021

_____
Judge of United States District Court

In light of the parties' stipulation of dismissal with prejudice, the claims as to Equifax Information Systems, LLC are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Because the three other defendants have also been dismissed, Dkts. 53, 56, 60, the Clerk of Court is respectfully directed to close this case.